UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ALEJANDRO ESPINOZA,                                         CASE NO: 1:22-cv-23107-DPG

    Plaintiff,

vs.

PVH CORP., DELAWARE.
a Foreign for Profit Corporation

    Defendant,
_____/

## NOTICE OF SETTLEMENT

Plaintiff, ALEJANDRO ESPINOZA by and through his undersigned counsel, hereby gives the Court notice that Plaintiff, ALEJANDRO ESPINOZA and Defendant, PVH CORP., DELAWARE, have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

                                                 **Respectfully Submitted,**

                                                 **MENDEZ LAW OFFICES, PLLC**
                                                 Attorney for Plaintiff
                                                 P.O. BOX 228630
                                                 Miami, Florida 33172
                                                 Telephone: 305.264.9090
                                                 Facsimile:  305.809.8474
                                                 Email:info@mendezlawoffices.com
                                                 By: /s/ Diego German Mendez
                                                 DIEGO GERMAN MENDEZ, ESQ.
                                                 FL BAR NO.: 52748

                        ###